UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES MAKI,

    Plaintiff,

v

UNITED STATES OF AMERICA,

    Defendant.

File No:

Hon.

## Complaint

Comes now the plaintiff, James Maki, by and through his attorneys, Petrucelli & Waara, P.C., and for his cause of action states:

### Parties, Jurisdiction, And Venue

1.    The plaintiff, James Maki, resides at 417 South 9th Street, Apt. 1, Escanaba, Michigan 49829.

2. Defendant Social Security Administration was created by the United States of America and is a federal agency of the United States of America.

3. This action arises out of an accident which occurred on July 27, 2022, at the Social Security Field Office located at 1013 1st Avenue North in Escanaba, Michigan.

4. This action arises under the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code. This court is vested with jurisdiction pursuant to Section 1346(b) of Title 28 of the United States Code.

**Background Facts**

5. The plaintiff repeats and realleges paragraphs 1 through 4 above, as if fully set forth herein.

6. James Maki was born on _____. He resides in Escanaba, Michigan.

7. On July 27, 2022, Mr. Maki presented to the Social Security Field Office located in Escanaba, Michigan. While sitting down and speaking with a Social Security customer service representative, a plexiglass barrier (presumably

for Covid precautions) which was unsecured and located directly in front of him fell on top of Mr. Maki's head.  Mr. Maki attempted to block the plexiglass barrier with his left hand.  The plexiglass barrier was unsafe, unsecure and fell without warning.  The barrier was subsequently secured with a zip tie while Mr. Maki was still in the office and being attended to for his injuries.

      8.     As a direct and proximate result of the plexiglass barrier falling on top of him, and his reaction to trying to prevent it from hitting him, Mr. Maki sustained lacerations and cuts to his left hand.  In addition, because of the startling event and quickly raising his left arm, as well as the physical contact with the plexiglass barrier, Mr. Maki sustained neck, left shoulder and left upper extremity injuries which have required multiple medical procedures and surgeries.  Mr. Maki has experienced pain, suffering, anxiety, post-traumatic stress disorder (PTSD), and depression.  His life has been physically limited as a result of his injuries.

      9.     As a further result of the occurrence, plaintiff James Maki has incurred medical expenses and will, in reasonable probability, incur medical expenses for the rest of his natural life.

      10.     As a further result of the occurrence, plaintiff James Maki has and will suffer physical pain and mental anguish, physical impairment, disfigurement, humiliation, and embarrassment.

11. Mr. Maki has exhausted his administrative remedies with the Social Security Administration.

## Count I

## (Negligence Of The United States Of America)

12. The plaintiff repeats and realleges paragraphs 1 through 11 above, as if fully set forth herein.

13. At the time giving rise to this action, the United States of America, through its federal agency, the Social Security Administration, and its duly authorized agents, servants, and/or employees, undertook to operate a Social Security Field Office in Escanaba, Michigan.

14. Defendant United States of America, through its federal agency, the Social Security Administration, and its duly authorized agents, servants, and/or employees, owed a duty to James Maki to ensure that the Social Security Field Office in Escanaba, Michigan was reasonably safe for customers at the office, including James Maki.

15. Defendant United States of America, through its federal agency, the Social Security Administration, and its duly authorized agents, servants,

and/or employees, breached the duty owed to James in one or more of the following ways, by:

    (a)    Failing to properly secure the Plexiglass barrier so that it would not fall on customers like James Maki on July 27, 2022;

    (b)    Failing at any time on July 27, 2022, to warn James Maki about the risk and danger of the Plexiglass falling;

    (c)    Utilizing a Plexiglass barrier system that was improperly secured, unreasonably dangerous, and could fall in the manner in which it did on July 27, 2022;

    (d)    Failing to prevent harm to James Maki.

16.    By virtue of the doctrine of *respondeat superior* and/or agency by estoppel, the United States of America, is responsible for the negligent conduct of its agents, employees, and/or independent contractors.

17.    Defendant United States of America's conduct was a proximate cause of the occurrence and the injuries and damages sustained by the plaintiff, James Maki.

18.     On or about 17 December, 2012, the plaintiff submitted an Administrative Tort Claim based on the allegations set out in this complaint and served it on the United States of America demanding damages.  Attached and marked as Exhibit A is a copy of the Administrative Tort Claim filed by the plaintiff.

19.     On February 18, 2025, the United States of America, through the Social Security Administration, rejected the claim resulting in the current Federal Court filing.

Wherefore, the plaintiff, James Maki, seeks judgment against the defendant, United States of America, in whatever amount the plaintiff is found to be entitled to in excess of seventy-five thousand and no/100 dollars ($75,000.00), plus the costs of bringing this action, including reasonable attorney fees, interest and costs, and for such other and further relief as the court may deem just and proper.

Dated:  August 13, 2025             Petrucelli & Waara, P.C.
                                    Attorneys for Plaintiff


            Electronically Signed By:   s/Jonny L. Waara
                                    Jonny L. Waara (P55525)
                                    328 West Genesee St., P.O. Box AA
                                    Iron River, Michigan 49935
                                    Telephone: 906-265-6173
                                    jonny@truthfinders.com